## SCHUMAN v. WARDEN OF MARYLAND PENITENTIARY

[App. No. 10, September Term, 1960 (Adv.).]

*Decided July 5, 1960.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

Application for leave to appeal from denial of post conviction relief is denied for the reasons stated in the opinion of the court below.